Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Western District of Washigton

Central Division

|  |  |
|---|---|
| EZELL, Terry Lamell | Case No. 2:23-cv-00729-RSM |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| -v- | |
| MCCANN, Shawna | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | EZELL, Terry L # |
| Street Address | 310 25th Ave |
| City and County | Seattle   King County |
| State and Zip Code | Washington  98122 |
| Telephone Number | (206) 323-5702 |
| E-mail Address | |

I.    **The Parties to This Complaint**
      A.   **The Plaintiff(s) Continued**

Name:          Lena M. Jones
Address:       310 25th Ave
City / County: Seattle   King County
State / Zip:   Washington  98122
Telephone:     (206) 323-5702

Name:          Brandy Jones
Address:       310 25th Ave
City / County: Seattle   King County
State / Zip:   Washington  98122
Telephone:     (206) 323-5702

Name:          Josie Brown
Address:       310 25th Ave
City / County: Seattle   King County
State / Zip:   Washington  98122
Telephone:     (206) 323-5702

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | MCCANN, Shawna |
| Job or Title *(if known)* | Special Agent  - Federal Bureau of Investigations |
| Street Address | 1110 3rd Ave |
| City and County | Seattle     King |
| State and Zip Code | Washington  98101 |
| Telephone Number | (206) 622-0460 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)*

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violation of 4ᵗʰ Amendment - Please see attached     Malicious Prosecution - Please see attached
False Arrest - Please see attached
Due Process - Please see attached
Deliberate Fabrication - Please see attached

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

    a.   If the plaintiff is an individual
         The plaintiff, *(name)* _____ , is a citizen of the
         State of *(name)* _____ .

    b.   If the plaintiff is a corporation
         The plaintiff, *(name)* _____ , is incorporated
         under the laws of the State of *(name)* _____ ,
         and has its principal place of business in the State of *(name)*
         _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

    a.   If the defendant is an individual

Page 3 of 6

II.    Basis of Jurisdiction

    A.    Federal statues, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### 1.  Violation of 4th Amendment

Agent Mccann obtained a search warrant through material false statements which resulted in an unconstitutional search of two residences associated with the plaintiff, the warrant affidavit was misleading because Agent Mccann fabricated the information she selected from the plaintiff's cell phone and then provided it to the magistrate judge who then relied on those fabrications to issue the search warrants on the two residences associated with the plaintiff, but for the dishonesty of Agent Mccann the searches and arrest would not have occurred.

Without the fabricated text messages by Agent Mccann, and the fact that despite months of investigation by the federal bureau of investigation and the seattle police department, with assistance from a number of other agencies, Agent Mccann was unable to find any nexus between the plaintiff's residences and any drug trafficking activity, plaintiff did not appear in any of the investigation leads, plaintiff is not referenced by other drug traffickers during intercepted communications, there are know confidential informants that claim that plaintiff is a drug trafficker, there is no surveillance on plaintiff's residences that show drug trafficking, the only basis for believing plaintiff is a drug trafficker is the false and misleading statements made by Agent Mccann in her warrant affidavit.

## 2. False Arrest

Agent Mccann, "Knowingly and deliberately, and with a reckless disregard for the truth, made false statements and omissions that created a falsehood", and that such statements and omissions were necessary to the finding and probable cause.

For Example: Agent Mccann, stated in her search warrant affidavit that a text message with the word "**stuff**" was coded language for drugs, However, upon further investigation discovered by defense counsel it was discovered that the text message was between the plaintiff and the mother of his child discussing gifts for there daughter.

Also, Agent Mccann falsely claimed in her warrant affidavit that the plaintiff took a picture of cash to show other drug traffickers that he had the cash to purchase drugs, when the evidence in the possession of the agent demonstrates that it was a picture sent to the plaintiff, a cursory review of the plaintiff and his record would reveal that plaintiff does not have any tattoos on his hands or arms, whereas the picture attributed to the plaintiff clearly shows tattoos...

However, where Agent Mccann is clearly reckless with the truth or is making a false statement regarding the picture is that the phone records, again, which was in the possession of the agent when she drafted the affidavit, clearly shows that this was a picture sent to the plaintiff on September 23, 2020.

### 3. Due Process

" Agent Mccann's manufactured false evidence against the plaintiff violated his [due process] if that evidence is later used to deprive the plaintiff of his liberty in some way"

There is ample evidence in the record demonstrating that agent mccann, fabricated the text messages from the plaintiff's cell phone that formed a critical piece of evidence used to obtain a search warrant for the two residences associated with the plaintiff.

Agent Mccann's testimony in the affidavit are crystal clear in showing how she mischaracterized the text messages in the plaintiff's cell phone, and as a result, plaintiff was arrested, indicted, charged, and detained for approximately one year before the charges steming from this violation was dismissed.

### 4. Malicious Prosecution

Plaintiff's malicious prosecution claim stems from the criminal charges levied against him by agent mccann, plaintiff was arrested and detained at the seatac federal detention center for approximately one year before the government dismissed the charges arising out of one of the fourth amendment violations alleged in this complaint.

### 5.  Deliberate Fabrication

There is sufficient evidence to accept that agent mccann fabricated evidence and improperly conducted her investigation such that probable cause did not exist.

the text messages, that agent mccann incorporated into her search warrant affidavit were deliberately fabricated to mislead the magistrate judge into believing that the plaintiff was involved in the drug trafficking organization she was investgating.

if not for the fabricated evidence agent mccann incorporated into her warrant affidavit, she would not have been able to mislead the magistrate judge into issuing a search warrant which resulted in the arrest of the plaintiff.

Besides the fabricated text messages, and after recording thousands of call engaging in hundreds of hours of investigation, there was nothing to connec the plaintiff to any of the wrong doing of those being investigated.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The defendant, *(name)* _____ , is a citizen of
the State of *(name)* _____ . Or is a citizen of
*(foreign nation)* _____ .

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under
the laws of the State of *(name)* _____ , and has its
principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

During the process of investigating my involvement in an alleged drug trafficking operation out of the Western District of Washington (King County) FBI Special Agent McCann, gained access to a cellular phone that was recovered from my car, despite having possession of my phone Agent McCann deliberately selected some text messages out of context, does no investigation into the person in the text, and falsely claims that the text is drug related. Agent McCann then applied the fabricated text messages to her warrant affidavit in which the magistrate judge granted. Agent McCann, along with other agents from the FBI and the Seattle Police department unlawfully entered (raided) and searched two residence they assumed that I was associated with, but were wrong. During the illegal search of the two residences that I was not associated with the Fourth Amendments rights were violated of the owners and residents of those residences. Present at the home at 310 25th Ave, Seattle WA 98122 was my 80 year old Aunt and my handicapped cousin that is confined to a wheelchair. The second residence that was unlawfully searched, was a where I was temporarily living with a female named Josie Brown. Both law enforcement agencies conducted and unlawful search that was performed very aggressively; using flash grenades, breaking out windows, knocking down doors, and dozens of armed officers came in fully armed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A malicious prosecution plaintiff may recover in addition to general damages, compensation for loss of time and deprivation of the society. Relevant to plaintiff's mailicious prosecution claim, plaintiff was detained at the Federal Detention Center in SeaTac, Washington for over one year before the charges stemming from the unlawful search of his residence was dismissed. Plainteff believes that the criminal charges levied against him, coupled with the year he was detained at the Federal Detention Center, he is entitled to $25,000,000.00 in compensatory damages.

As for the actual punitive damages, the Fourth Amendment violation for the illegal search that ws not supported by probable cause, coupled with the false arrest and violation of due process, plaintiff believes he is entitled to $500,000.00 for each of the residence associated with him that were raided and unlawfully searched.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   5-12-2023

Signature of Plaintiff

Printed Name of Plaintiff    EZZELL, Terry Lamell

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| EZELL, Terry L | |

| DEFENDANT | TYPE OF PROCESS *Bivens Action* |
|---|---|
| MCCANN, Shawna | Summons and Complaint |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
**Federal** Bureau of Investigations - Seattle Field Division - Attn: Shawna McCann, Special Agent

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
**1110 3rd Ave, Seattle WA 98101**

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
Terry L. Ezell
310 25th Ave
Seattle, WA 98122

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Terry L Ezell* | | | 5.12.2023 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | Date | Time | ☐ am ☐ pm |
|---|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21